## AETNA CASUALTY AND SURETY CO. v. FIELDS

No. 134P92

Case below: 105 N.C.App. 563

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 May 1992.

## BARHAM v. BARHAM

No. 125P92

Case below: 105 N.C.App. 619

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 May 1992.

## BROWN v. BROWN

No. 85P92

Case below: 104 N.C.App. 547

Petition by defendant for a writ of certiorari to the North Carolina Court of Appeals denied 7 May 1992.

## DAUM v. LORICK ENTERPRISES

No. 116P92

Case below: 105 N.C.App. 428

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 May 1992.

## GRYB v. HIATT

No. 172P92

Case below: 106 N.C.App. 228

Petition by plaintiff for temporary stay pending determination of petition for discretionary review allowed 11 May 1992.